___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12204-SDM |
| | ) | |
| Capital Asset Management, LLC, | ) | Chapter: 11 |
| | ) | |
| Debtor. | ) | Judge: Hon. Selene D. Maddox |
| _____ | ) | |
| Premier Trust, Inc., as Independent Trustee | ) | |
| of the Minga 2013 Irrevocable Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 20-01038-SDM |
| Capital Asset Management, LLC; Roche | ) | |
| Diagnostics Corp. and Roche Diabetes Care, | ) | |
| Inc.; Priority Healthcare Corporation d/b/a | ) | |
| Priority Care; Priority Care Pharmacy | ) | |
| Solutions, LLC; Priority Care Pharmacy 2, | ) | |
| LLC; Vincent Priority Care Pharmacy, LLC | ) | |
| d/b/a The Medicine Chest; Vickers Priority | ) | |
| Care Pharmacy, LLC; Main Street Drugs, | ) | |
| LLC; Priority Care Professional Staffing, | ) | |
| LLC; Medpoint, Inc.; Medpoint, LLC; | ) | |
| Medpoint Advantage, LLC; Medpoint | ) | |
| Professional Healthcare Staffing, LLC [sic]; | ) | |
| KJM Holdings, LLC; Minga Investments, | ) | |
| LLC; Konie Minga; Phillip Anthony Minga, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING COMPLAINT PURSUANT
TO RULE 7012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This matter came before the Court on the motion (the "Motion") [Doc No. 33] of Roche Diagnostics Corp. and Roche Diabetes Care, Inc. (collectively, "Roche"), for entry of an order pursuant to Section 7012 of Federal Rules of Bankruptcy Procedure, dismissing all claims against Roche brought by Plaintiff Premier Trust, Inc. ("Premier Trust") in the Complaint [Doc. No. 1] filed the above-captioned Adversary Proceeding; and due and proper notice of the Motion having been given; and no response or objection to the Motion having been filed by Premier Trust; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief contained in the Motion,

**IT IS THEREFORE ORDERED THAT**:

1.  The Motion is GRANTED.

2.  Premier Trust's claims for declaratory relief and turnover of property in Adversary Proceeding No. 20-01038-SDM against Roche are hereby dismissed pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure.

# # END OF ORDER # #

**SUBMITTED BY:**

/s/ R. Campbell Hillyer
R. Campbell Hillyer (Miss. Bar No. 106039)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 facsimile
cam.hillyer@butlersnow.com
*Attorneys for Roche*