_____



**SO ORDERED,**

*Judge Selene D. Maddox*

*United States Bankruptcy Judge*

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>CAPITAL ASSET MANAGEMENT, LLC,<br><br>        Debtor. | Case No.: 20-12204 SDM |
| Premier Trust, Inc., as Independent Trustee of the MINGA 2013 IRREVOCABLE TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ASSET MANAGEMENT, LLC; ROCHE DIAGNOSTICS CORPORATION and ROCHE DIABETES CARE, INC., PRIORITY HEALTHCARE CORPORATION D/B/A PRIORITY CARE; PRIORITY CARE PHARMACY SOLUTIONS, LLC; PRIORITY CARE PHARMACY 2, LLC; VINCENT PRIORITY CARE PHARMACY, LLC D/B/A THE MEDICINE CHEST; VICKERS PRIORITY CARE PHARMACY, LLC; MAIN STREET DRUGS, LLC; PRIORITY CARE PROFESSIONAL STAFFING, LLC; MEDPOINT, INC.; MEDPOINT, LLC; MEDPOINT ADVANTAGE, LLC; MEDPOINT PROFESSIONAL HEALTHCARE STAFFING, LLC; KJM HOLDINGS, LLC; MINGA INVESTMENTS, LLC; KONIE MINGA; PHILLIP ANTHONY MINGA,<br><br>        Defendants. | Adversary Proceeding No.: 20-01038 SDM |

## ORDER OF DISMISSAL

The Capital Asset Management, LLC case (Case No. 20-12204 SDM) has been dismissed.

This Adversary Proceeding is moot. The parties have agreed to dismissal.

THEREFORE, IT IS ORDERED that Adversary Proceeding No. 20-01038 SDM is hereby dismissed.

## END OF ORDER ##

Agreed to by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Premier Trust, Inc.
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

s/J. Walter Newman, IV
J. Walter Newman, IV, MSB #3832
Attorney for Capital Asset Management, LLC
587 Highland Colony Pkwy
Ridgeland, MS 39157
(601) 948-0586
wnewman95@msn.com

s/Craig M. Geno
Craig M. Geno, MSB #4793
Attorney for Priority Healthcare Corporation d/b/a Priority Care,
Vickers Priority Care Pharmacy, LLC,
Vincent Priority Care Pharmacy, LLC d/b/a The Medicine Chest,
Priority Care Pharmacy 2, LLC,
Main Street Drugs, LLC,
Priority Care Professional Staffing, LLC,
MedPoint, Inc.,
MedPoint, LLC,
MedPoint Advantage, LLC,

Professional Healthcare Staffing, LLC,
KJM Holdings, LLC,
Minga Investments, LLC,
Konie Minga and Phillip Anthony Minga
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy
Ridgeland, MS 391575
(601) 427-0048
cmgeno@cmgenolaw.com

s/Thomas M. Hewitt
Thomas M. Hewitt, MSB #104589
Attorney for Roche Diagnostics Corporation
and Roche Diabetes Care, Inc.
Butler Snow, LLP
1020 Highland Colony Pkwy, Ste 1400
Ridgeland, MS 39157
(601) 945-4415
thomas.hewitt@butlersnow.com